UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Fidel Rodriguez**, | Case No. SACV 17-01196 AG (JDEx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Jugos Acapulco, et al.**, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiff as follows:

- Plaintiff's claims against Defendants asserted in the First Amended Complaint in SACV 17-01196 AG (JDEx) are DISMISSED with prejudice.

Dated September 25, 2017

                                                                         Hon. Andrew J. Guilford
                                                                         United States District Judge